PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00221-NODJ-BAM |
|---|---|
| Plaintiff, | *AMENDED* BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JOSHUA RUIC KIMBALL, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney for the Eastern District California, and Robert L. Veneman-Hughes, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. §§ 934(a)(1)(A) & (B), 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c). The United States hereby gives notice that upon the conviction of defendant Joshua Ruic Kimball, it will also seek forfeiture of the following property pursuant to the forfeiture provision contained in the Indictment, including, but not limited to:

1. Approximately $7,275.00 in U.S. Currency;
2. Approximately $957.00 in U.S. Currency;
3. Approximately $1,000.40 seized from Bank of America account number 325162412392, held in the name of Joshua Kimball;
4. Approximately $1,538.56 seized from Bank of America account number 325162412389, held in the name of Joshua Kimball;
5. Approximately $8,070.23 seized from Bank of America account number 355013924611, held in the name of SHOWFFSPORTS LLC;

6. Approximately $2,500.28 seized from Bank of America account number 325173748696, held in the name of SHOWOFFSPORTS LLC;
7. Approximately $52,950.10 seized from Bank of America account number 325160616909, held in the name of DBA Joshua Kimball, Joshua Kimball Sole Prop;
8. Approximately $2,502.29 seized from Bank of America account number 325160616925, held in the name of DBA Joshua Kimball, Joshua Kimball Sole Prop;
9. Approximately $15,000.00 seized from Bank of America account number 325166391053, held in the name of JNK US Holding LLC;
10. Approximately $2,508.00 seized from Bank of America account number 325166391066, held in the name of JNK US Holding LLC;
11. Sig Sauer (Sig-Arms) P365 Pistol, CAL: 380, SN: 66F318204 (24-ATF-002972);
12. 100 Rounds Ammo Inc ammunition CAL: 380 (24-ATF-002977);
13. 50 Rounds Fiocchi ammunition CAL: 380 (24-ATF-002978);
14. Ruger Blackhawk Revolver, CAL: 45, SN: 48-22080 (24-ATF-002983);
15. Wesson Arms, Dan .357 CTG Revolver, CAL: .357, SN: 375905 (24-ATF-002996);
16. Colt Unknown Revolver, SN: 147911 (24-ATF-002997);
17. Colt Police Positive Spec Revolver, CAL: 38, SN: 266636 (24-ATF-002998);
18. Colt Bankers Special Revolver, CAL: 38, SN: 344285 (24-ATF-002999);
19. Smith & Wesson 17 Revolver, SN: VAR0071 (24-ATF-003000);
20. Iver Johnson Unknown Revolver, SN: 5783 (24-ATF-003001);
21. Hopkins And Allen XL4 Revolver, SN: None (24-ATF-003002);
22. Smith & Wesson 38 Revolver, CAL: 38, SN: 147195 (24-ATF-003003);
23. TT Olympia Pistole Revolver, CAL: .22, SN: 66806 (24-ATF-003005);
24. Smith & Wesson Super 38 Revolver, CAL: .44, SN: DNR4325 (24-ATF-003010);
25. Colt Super 38 Automatic Pistol, CAL:38, SN: 10619 (24-ATF-003011);
26. FNH USA, LLC 502 Pistol, CAL: .22, SN: LR050129 (24-ATF-003013);
27. FNH USA, LLC 509 Pistol, CAL: 9, SN: GKS0259586 (24-ATF-003014);
28. F.N. (FN Herstal) Pistol, CAL: Unknown, SN: GKS0291145 (24-ATF-003015);
29. Sig-Sauer P322 Pistol, CAL: 22, SN: 73A105410 (24-ATF-003017);
30. Sig-Sauer P320 M18 Pistol, CAL: 9, SN: M18A124897 (24-ATF-003019);
31. Sig-Sauer P938 Pistol, CAL: 9, SN: 52G002184 (24-ATF-003029);
32. Heckler And Koch VP9 SK Pistol, CAL: 9, SN: 232083544 (24-ATF-003030);
33. F.N. (FN Herstal) Pistol, CAL: Unknown, SN: GKS0291640 (24-ATF-003031);
34. Sig-Sauer P365 Pistol, CAL: 9, SN: 66F744147 (24-ATF-003032);
35. Smith & Wesson 617 Revolver, CAL: 22, SN: DNU8383 (24-ATF-003033);
36. Smith & Wesson 10 Revolver, CAL: 38, SN: DNU8049 (24-ATF-003034);
37. Sig-Sauer P365 Pistol, CAL: 9, SN: 66F717047 (24-ATF-003035);
38. Heckler & Koch Inc. P2000 Pistol, CAL:9, SN: 116074804 (24-ATF-003036);
39. Sig Sauer (Sig-Arms) P320 M18 Pistol, CAL: 9, SN: M18A108533 (24-ATF-003037);
40. Ruger SP01 Revolver, CAL: 357, SN: 57826258 (24-ATF-003038);
41. FNH USA, LLC 509 Pistol, CAL: 9, SN: GKS0260481 (24-ATF-003039);
42. CZ USA CZ P-10 F Pistol, CAL: 9, SN: G012357 (24-ATF-003040);
43. CZ USA SP01 Pistol, CAL: 9, SN: H008360 (24-ATF-003041);
44. Ruger Unknown Pistol, CAL: 9, SN: None (24-ATF-003043);
45. Glock Inc. 19GEN5 Pistol, CAL: 9, SN: AGKB426 (24-ATF-003044);
46. Ruger SR22 Pistol, CAL: 22, SN: 36981211 (24-ATF-003045);
47. Glock Inc. 19GEN5 Pistol, CAL: 9, SN: AGRY871 (24-ATF-003046);
48. Glock Inc. 20CGEN3 Pistol, CAL: 10, SN: CAHX165 (24-ATF-003047);

49. Glock Inc. 21 Pistol, CAL: 45, SN: BWTK378 (24-ATF-003048);
50. Glock Inc. 48 Pistol, CAL: 9, SN: BXUT113 (24-ATF-003049);
51. Glock Inc. 42 Pistol, CAL: 380, SN: AHZA722 (24-ATF-003051);
52. Ruger LCR Revolver, CAL: 9, SN: 1542-95652 (24-ATF-003052);
53. HS Produkt (IM Metal) Hellcat Pistol, CAL: 9, SN: BE191039 (24-ATF-003053);
54. Glock Inc. 43X pistol, CAL: 9, SN: AHWV650 (24-ATF-003062);
55. IWI US, INC MASADA pistol, CAL: 9, SN: M1027522 (24-ATF-003064);
56. Hi Point (Strassell's Machine Inc.) C9 pistol, CAL: 9, SN: P10198121 (24-ATF-003065);
57. Smith & Wesson 1911 TA pistol, CAL: 45, SN: UFF2697 (24-ATF-003069);
58. Smith & Wesson 9VE pistol, CAL: 9mm, SN: RBM8945 (24-ATF-003084);
59. Glock Inc. 43 pistol, CAL: 9, SN: AHLX061 (24-ATF-003086);
60. CZ USA CZ P-10 S pistol, CAL: 9, SN: G089090 (24-ATF-003089);
61. Smith & Wesson Ladysmith revolver, CAL: 357, SN: CSZ7872 (24-ATF-003093);
62. Smith & Wesson, 357 magnum revolver, CAL: 357, SN: CTP1821 (24-ATF-003094);
63. Keltec, CNC Industries, Inc. PMR-30 pistol, CAL: 22, SN: WX9W59 (24-ATF-003095);
64. Springfield Armory, Geneseo, IL SA-35 pistol, CAL: 9, SN: HP23443 (24-ATF-003096);
65. Heckler & Koch Inc. P2000 pistol, CAL: 9, SN: 116-054735 (24-ATF-003097);
66. HS Produkt (IM Metal) XDS pistol, CAL: 45, SN: BE242658 (24-ATF-003098);
67. Smith & Wesson 357 Combat mag revolver, CAL: 357, SN: DNU0313 (24-ATF-003099);
68. Ruger New Vaquero, revolver, CAL: 45, SN: 513-54178 (24-ATF-003100);
69. Smith & Wesson 357 magnum revolver, CAL: 357, SN: DNW8886 (24-ATF-003101);
70. Colt Python Revolver, CAL: 357, SN: PY270072 (24-ATF-003151);
71. Ruger LCR Revolver, CAL: 357, SN: 1543-71485 (24-ATF-003152);
72. HS Produkt (IM Metal) Hellcat Pistol, CAL: 9, SN: BE222958 (24-ATF-003153);
73. Taurus International The Judge Revolver, SN: AEE404066 (24-ATF-003154);
74. Taurus International The Judge Revolver, SN: AEE388302 (24-ATF-003155);
75. Pedersoli, Davide Howdah Pistol, CAL: 45/410, SN: HA02470 (24-ATF-003156);
76. Colt Python Revolver, CAL: 357, SN: PY202163 (24-ATF-003157);
77. Taurus International The Judge Revolver, SN: AED291055 (24-ATF-003158);
78. Smith & Wesson 500 Revolver, CAL: 500, SN: DRX1124 (24-ATF-003159);
79. Ruger 10/22 Rifle, CAL: 22, SN: 0024-03075 (24-ATF-003160);
80. CZ (Ceska Zbrojovka) CZ 600 TA1 Trail Rifle, SN: H088227 (24-ATF-003161);
81. Ruger 10/22 Rifle, CAL: 22, SN: 0022-15736 (24-ATF-003162);
82. Henry Repeating Rifle Company H004TX Rifle, SN: TX04531 (24-ATF-003163);
83. Savage Arms Inc. (CD) Unknown Shotgun, SN:21L12660 (24-ATF-003164);
84. Savage Arms Inc. (CD) Axis Rifle, CAL: 7, SN: P609500 (24-ATF-003165);
85. Henry Repeating Rifle Company H012GCRCC Rifle, SN: BBS01618GCR (24-ATF-003166);
86. Beretta USA Corp Xtreme Plus Shotgun, CAL: 12, SN: WA073056 (24-ATF-003167);
87. Beretta USA Corp A300 Shotgun, CAL: 20, SN: RUP255425 (24-ATF-003168);
88. Beretta USA Corp A300 Ultima Shotgun, CAL: 12, SN: RUP241205 (24-ATF-003169);
89. Beretta, Pietro S.P.A. A400 Xtreme Plus Shotgun, SN: WA063770 (24-ATF-003170);
90. Sig Sauer (Sig-Arms) MPX Rifle, CAL: Multi, SN: 62H016152 (24-ATF-003171);
91. Savage B17 rifle, CAL: 17, SN: 4085334 (24-ATF-003194);
92. Marlin Firearms Co., 336 rifle, CAL: 32, SN: J41321 (24-ATF-003195);
93. Beretta USA Corp A300 Ultima shotgun, CAL: 12, SN: RUP256648 (24-ATF-003196);
94. FMK Firearms Inc. AR-1 Extreme rifle, CAL: multi, SN: FMK26994 (24-ATF-003197);
95. Gibbz Arms GSFG rifle, CAL: multi, SN: GPC1388 (24-ATF-003198);
96. Mauser 1895 rifle, CAL: 7, SN: C6497 (24-ATF-003199);

97. Remington Arms Company, Inc. 700 LH rifle, SN: A6888103 (24-ATF-003201);
98. Remington Arms Company, Inc. mar 83 rifle, SN: 3536527 (24-ATF-003202);
99. Remington Arms Company, Inc. Unknown Shotgun, SN: 199358 (24-ATF-003203);
100. Derya Arms (Derya Silah Sanayi) Carina Shotgun, SN: R263762 (24-ATF-003204);
101. Savage Stevens 940A Shotgun, CAL: 20, SN: None (24-ATF-003205)
102. IWI US, Inc. Tavor TS12 Unknown, CAL: 12 gauge, SN: H0027777 (24-ATF-003206);
103. Aero Precision M5 Receiver/Frame, CAL: Multi, SN: US227640 (24-ATF-003207);
104. Aero Precision Freedom Receiver/Frame, SN: July4-3359 (24-ATF-003208);
105. Springfield Armory, Geneseo, IL Ronin Emp Pistol, SN: EMP94145 (24-ATF-003209);
106. Ruger Ruger-57 Pistol, CAL: 57, SN: 643-81937 (24-ATF-003210);
107. Ruger PC Carbine Rifle, CAL: 9, SN: 914-58572 (24-ATF-003211);
108. HS Produkt (IM Metal) Hellcat Pistol, CAL: 9, SN: BA197264 (24-ATF-003212);
109. Privately Made Firearm (PMF) Unknown Receiver/Frame, SN: None (24-ATF-003213);
110. RPB Industries Unknown Pistol, CAL: 9 SN: None (24-ATF-003266);
111. Unknown Unknown Silencer, CAL: Unknown, SN: None (24-ATF-003267);
112. Maverick Arms (Eagle Pass, TX) 88 Shotgun, SN: MV0648608 (24-ATF-003269);
113. Shadow Systems, LLC Unknown Pistol, CAL: 9, SN: SSC114772 (24-ATF-003270);
114. Kanic Metesft Pistol, CAL: 9, SN: T6472-23-CC06776 (24-ATF-003272);
115. HS Produkt (IM Metal) XD Pistol, CAL: 9, SN: XD133431 (24-ATF-003273);
116. Ruger SR22 Pistol, CAL: 22, SN: 369-81209 (24-ATF-003274);
117. Sig-Sauer P320 Pistol, CAL: 9, SN: M18A129195 (24-ATF-003275);
118. Sig-Sauer P320 Pistol, CAL: 9, SN: M18A105723 (24-ATF-003276);
119. Sig-Sauer P320 Pistol, CAL: 9, SN: M18A102890 (24-ATF-003277);
120. Ruger SR22 Pistol, CAL: 22, SN: 368-79395 (24-ATF-003278);
121. Heckler & Koch Inc. P2000 Pistol, CAL: 9, SN: 116-074810 (24-ATF-003367);
122. Sig Sauer (Sig-Arms) P320 Pistol, CAL: 9, SN: M18A125819 (24-ATF-003372);
123. Issc MK22 Rifle, CAL: 22, SN: A479262 (24-ATF-003373);
124. Springfield Armory, Geneseo, IL Saint Rifle, SN: ST174745 (24-ATF-003374);
125. Walther PPK Pistol, CAL: 22, SN: WF083673 (24-ATF-003375);
126. Browning Arms Unknown Shotgun, CAL: 12 Gauge, SN: 37095 (24-ATF-003376);
127. Browning Wicked Wing Shotgun, SN: PT05606YX116 (24-ATF-003378);
128. Remington Arms Company, Inc. 700 Rifle, CAL: 7, SN: A6566818 (24-ATF-003379);
129. Christensen Arms (TDJ Inc.) 14 Rifle, CAL: 300, SN: 14M07514 (24-ATF-003380);
130. Browning Citori 725 Sporting Shotgun, CAL: 12, SN: 06457CIT50 (24-ATF-003381);
131. Paramount (Spain) Unknown Rifle, SN: 61-13-074678-21 (24-ATF-003383);
132. Browning Light 12 Shotgun, CAL: 12, SN: 04483PW211 (24-ATF-003384);
133. Remington Arms Company, Inc. 870 Shotgun, SN: B050334M (24-ATF-003386);
134. Western Field M175B Shotgun, CAL: 20 Gauge, SN: 402409 (24-ATF-003388);
135. Iver Johnson Champion Shotgun, CAL: 12, SN: UFHX (24-ATF-003389);
136. Zoli (Antonio) Magnum Shotgun, CAL: 762, SN: None (24-ATF-003391);
137. Smith & Wesson M&P 15-22 Rifle, CAL: 22, SN: WAM1154 (24-ATF-003455);
138. Springfield Armory, Geneseo, IL Saint Rifle, CAL: 223, SN: ST332581 (24-ATF-003465);
139. Smith & Wesson M&P Bodyguard 380 Pistol, SN: KJA6175 (24-ATF-003466);
140. Umarex Sportwaffen GMBH & Co. KG FN 502 Pistol, CAL: 22, SN: LR015350UX DE (24-ATF-003468);
141. CZ USA Sporter Unknown Shotgun, CAL: 12 Gauge, SN: 14S3163 (24-ATF-003469);
142. FNMI (FN Manufacturing, Inc) 509 Pistol, CAL: 9, SN: GKS0011447 (24-ATF-003471);
143. 11 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003472);

144. 12 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003473);
145. 12 Rounds Remington Ammunition, CAL: 12 (24-ATF-003475);
146. 10 Rounds Kent Ammunition, CAL: 12 (24-ATF-003476);
147. 41 Rounds Remington Ammunition, CAL: 7 (24-ATF-003477);
148. 10 Rounds Remington Ammunition, CAL: 7 (24-ATF-003478);
149. 2 Rounds Kent Ammunition, CAL: 12 (24-ATF-003479);
150. 6 Rounds Norma Ammunition, CAL: 300 (24-ATF-003480);
151. 17 Rounds FC Ammunition, CAL: 300 (24-ATF-003481);
152. 5 Rounds FC Ammunition, CAL: 300 (24-ATF-003482);
153. 9 Rounds Remington Ammunition, CAL: 300 (24-ATF-003483);
154. 65 Rounds Hevi Metal Ammunition, CAL: 12 (24-ATF-003484);
155. 200 Rounds Federal Ammunition, CAL: 300 (24-ATF-003485);
156. 50 Rounds Fasteel Ammunition, CAL: 12 (24-ATF-003487);
157. 75 Rounds Hevi Teal Ammunition, CAL: 12 (24-ATF-003498);
158. 20 Rounds Federal Ammunition, CAL: 300 (24-ATF-003500);
159. 250 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003501);
160. 180 Rounds Remington Ammunition, CAL: 300 (24-ATF-003502);
161. 119 Rounds Blazer Ammunition, CAL: 9 (24-ATF-003503);
162. 6 Rounds PMC Ammunition, CAL: 380 (24-ATF-003504);
163. 227 Rounds Assorted Ammunition, CAL: Unknown (24-ATF-003506);
164. 68 Rounds WMA Ammunition, CAL: 9 (24-ATF-003507);
165. 39 Rounds Unknown Ammunition, CAL: 22 (24-ATF-003508);
166. 34 Rounds WMA Ammunition, CAL: 9 (24-ATF-003511);
167. 99 Rounds Unknown Ammunition, CAL: 22 (24-ATF-003513);
168. 453 Rounds Remington Ammunition, CAL: 223 (24-ATF-003516);
169. 150 Rounds Unknown Ammunition, CAL: 22 (24-ATF-003519);
170. 50 Rounds Remington Ammunition, CAL: 45 (24-ATF-003521);
171. 34 Rounds Assorted Ammunition, CAL: 762 (24-ATF-003523);
172. 11,050 Rounds Winchester-Western Ammunition, CAL: 22 (24-ATF-003525);
173. 1,100 Rounds CCI Ammunition, CAL: 22 (24-ATF-003526);
174. 1,150 Rounds Hornady Ammunition, CAL: 22 (24-ATF-003527);
175. 500 Rounds Fiocchi Ammunition, CAL: 57 (24-ATF-003528);
176. 450 Rounds PMC Ammunition, CAL: 25 (24-ATF-003532);
177. 200 Rounds PMC Ammunition, CAL: 32 (24-ATF-003534);
178. 100 Rounds Hornady Ammunition, CAL: 22 (24-ATF-003535);
179. 200 Rounds Barnes Bullets Ammunition, CAL: 250 (24-ATF-003536);
180. 20 Rounds Federal Ammunition, CAL: 500 (24-ATF-003538);
181. 220 Rounds Sierra Ammunition, CAL: 380 (24-ATF-003539);
182. 200 Rounds Double Tap Ammunition, CAL: 380 (24-ATF-003540);
183. 80 Rounds Barnes Bullets Ammunition, CAL: 380 (24-ATF-003541);
184. 500 Rounds Fiocchi Ammunition, CAL: 380 (24-ATF-003543);
185. 600 Rounds Ammo Inc Ammunition, CAL: 380 (24-ATF-003545);
186. 600 Rounds Magtech Ammunition, CAL: 9 (24-ATF-003546);
187. 200 Rounds Winchester-Western Ammunition, CAL: 9 (24-ATF-003547);
188. 900 Rounds Sellier & Bellot Ammunition, CAL: 9 (24-ATF-003548);
189. 150 Rounds Winchester-Western Ammunition, CAL: 9 (24-ATF-003550);
190. 400 Rounds Federal Ammunition, CAL: 9 (24-ATF-003552);
191. 200 Rounds Winchester-Western Ammunition, CAL: 9 (24-ATF-003553);

192. 500 Rounds Sellier & Bellot Ammunition, CAL: 10 (24-ATF-003554);
193. 27 Rounds Corbon Bullet Co Ammunition, CAL: 38 (24-ATF-003555);
194. 400 Rounds Fiocchi Ammunition, CAL: 38 (24-ATF-003556);
195. 100 Rounds Big Bear Ammunition, CAL: 38 (24-ATF-003557);
196. 4,900 Rounds Remington Ammunition, CAL: 22 (24-ATF-003581);
197. 60 Rounds CCI Ammunition, CAL: 38 (24-ATF-003582);
198. 150 Rounds Sellier & Bellot Ammunition, CAL: 38 (24-ATF-003583);
199. 180 Rounds Remington Ammunition, CAL: 38 (24-ATF-003584);
200. 1,050 Rounds PMC Ammunition, CAL: 40 (24-ATF-003585);
201. 750 Rounds Smith & Wesson Ammunition, CAL: 40 (24-ATF-003586);
202. 20 Rounds Barnes Bullets Ammunition, CAL: 40 (24-ATF-003587);
203. 750 Rounds Sellier & Bellot Ammunition, CAL: 45 (24-ATF-003588);
204. 300 Rounds Fiocchi Ammunition, CAL: 45 (24-ATF-003589);
205. 250 Rounds Winchester-Western Ammunition, CAL: 45 (24-ATF-003590);
206. 700 Rounds Federal Ammunition, CAL: 45 (24-ATF-003591);
207. 200 Rounds Barnes Bullets Ammunition, CAL: 45 (24-ATF-003592);
208. 200 Rounds Arms Corps. Ammunition, CAL: 44 (24-ATF-003593);
209. 250 Rounds Winchester-Western Ammunition, CAL: 45 (24-ATF-003594);
210. 250 Rounds Sellier & Bellot Ammunition, CAL: 45 (24-ATF-003595);
211. 80 Rounds Magtech Ammunition, CAL: 454 (24-ATF-003596);
212. 20 Rounds Magtech Ammunition, CAL: 500 (24-ATF-003597);
213. 300 Rounds Barnes Bullets Ammunition, CAL: 243 (24-ATF-003598);
214. 360 Rounds Federal Ammunition, CAL: 270 (24-ATF-003599);
215. 120 Rounds Rifle Line Ammunition, CAL: 303 (24-ATF-003600);
216. 100 Rounds Federal Ammunition, CAL: 308 (24-ATF-003601);
217. 140 Rounds Sig Sauer (Sig) Ammunition, CAL: 308 (24-ATF-003646);
218. 140 Rounds Federal Ammunition, CAL: 30-30 (24-ATF-003647);
219. 140 Rounds Federal Ammunition, CAL: 30-06 (24-ATF-003648);
220. 200 Rounds Sellier & Bellot Ammunition, CAL: 8 (24-ATF-003649);
221. 420 Rounds Hornady Ammunition, CAL: 6.5 (24-ATF-003650);
222. 160 Rounds Federal Ammunition, CAL: 308 (24-ATF-003651);
223. 100 Rounds Federal Ammunition, CAL: 7 (24-ATF-003652);
224. 200 Rounds Hornady Ammunition, CAL: 6.5 (24-ATF-003654);
225. 100 Rounds Hornady Ammunition, CAL: 7 (24-ATF-003655);
226. 120 Rounds Hornady Ammunition, CAL: 300 (24-ATF-003656);
227. 60 Rounds Winchester-Western Ammunition, CAL: 300 (24-ATF-003657);
228. 160 Rounds Federal Ammunition, CAL: 300 (24-ATF-003658);
229. 100 Rounds Barnes Bullets Ammunition, CAL: 300 (24-ATF-003659);
230. 40 Rounds Federal Ammunition, CAL: 300 (24-ATF-003660);
231. 60 Rounds Federal Ammunition, CAL: 338 (24-ATF-003661);
232. 40 Rounds Winchester-Western Ammunition, CAL: 300 (24-ATF-003662);
233. 20 Rounds Remington Ammunition, CAL: 7 (24-ATF-003663);
234. 20 Rounds Federal Ammunition, CAL: 7 (24-ATF-003664);
235. 100 Rounds Hornady Ammunition, CAL: 6.5 (24-ATF-03665);
236. 200 Rounds Barnes Bullets Ammunition, CAL: 22-250 (24-ATF-003666);
237. 200 Rounds Winchester-Western Ammunition, CAL: 300 (24-ATF-003667);
238. 200 Rounds Hornady Ammunition, CAL: 300 (24-ATF-003668);
239. 1,900 Rounds Hornady Ammunition, CAL: 17 (24-ATF-003669);

240. 400 Rounds Assorted Ammunition, CAL: Unknown (24-ATF-003670);
241. 60 Rounds Assorted Ammunition, CAL: 12 (24-ATF-003671);
242. 160 Rounds Assorted Ammunition, CAL: Unknown (24-ATF-003672);
243. 1,000 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003674);
244. 1,225 Rounds Top Target Ammunition, CAL: 20 (24-ATF-003675);
245. 500 Rounds Unknown Ammunition, CAL: 12 (24-ATF-003676);
246. 250 Rounds Winchester-Western Ammunition, CAL: 28 (24-ATF-003678);
247. 375 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003679);
248. 165 Rounds Federal Ammunition, CAL: 12 (24-ATF-003680);
249. 575 Rounds Kent Ammunition, CAL: 12 (24-ATF-003681);
250. 675 Rounds Federal Ammunition, CAL: 12 (24-ATF-003683);
251. 250 Rounds Federal Ammunition, CAL: 12 (24-ATF-003684);
252. 150 Rounds Hevi Shot Ammunition, CAL: 12 (24-ATF-003686);
253. 5,250 Rounds Federal Ammunition, CAL: 12 (24-ATF-003688);
254. 750 Rounds Heavy Teal Ammunition, CAL: 20 (24-ATF-003689);
255. 1,100 Rounds Winchster-Western Ammunition, CAL: 556 (24-ATF-003690);
256. 1,000 Rounds Magtech Ammunition, CAL: 45 (24-ATF-003691);
257. 175 Rounds Winchester-Western Ammunition, CAL: 12 (24-ATF-003694);
258. 1,000 Rounds Magtech Ammunition, CAL: 40 (24-ATF-003695);
259. 5,000 Rounds CCI Ammunition, CAL: 22 (24-ATF-003696);
260. Dikar Scout Rifle, CAL: 300, SN: 61-06-099068-23 (24-ATF-003698);
261. 14 Rounds Assorted Ammunition, CAL: 9 (24-ATF-003699);
262. 64 Rounds FN (FNH) Ammunition, CAL: 57 (24-ATF-003700);
263. 2,000 Rounds Magtech Ammunition, CAL: 9 (24-ATF-003703);
264. Silencer Co Salvo 12 silencer, CAL: 12, SN: SAL12-12205 (24-ATF-003805);
265. Dead Air Primal silencer, CAL: 458, SN: PRM-500318 (24-ATF-003808);
266. Dead Air Mask HD silencer, CAL: 22, SN: MHD-101102 (24-ATF-003810);
267. Dead Air Mohave 9 silencer, CAL: 9mm, SN: MJ9-300108 (24-ATF-003811);
268. Dead Air Ghost 45 silencer, CAL: 45, SN: G45-15801 (24-ATF-003814);
269. Smith & Wesson M&P 15 rifle, CAL: .22, SN: WAM4950 (24-ATF-003817);
270. Silencer Co Salvo 12 silencer, CAL: 12, SN: SAL12-12761 (24-ATF-003818);
271. 50 Rounds FMJ Ammunition, CAL: 45 (24-ATF-003819);
272. Dead Air Model Mojave 9 Silencer, CAL: 9mm, SN: MJ9-300109 (24-ATF-003820);
273. Unknown MP40 Rifle, CAL: 9, SN: 7769S (24-ATF-003821);
274. Thompson Machine 1928A1 Rifle, CAL: 45, SN: S-138551 (24-ATF-003822);
275. Dead Air Mask HD Silencer, CAL: 22, SN: MHD-41099 (24-ATF-003823);
276. Dead Air Mask HD Silencer, CAL: .22, SN: MHD-101101 (24-ATF-003824);
277. Dead Air Mask HD Silencer, CAL: .22, SN: MHD-101098 (24-ATF-003825);
278. Dead Air Mask HD Silencer, CAL: .22, SN: MHD-101097 (24-ATF-003826);
279. Dead Air Sandman Silencer, CAL: 762, SN: SML8991 (24-ATF-003827);
280. Bond Arms Inc., Honey B Derringer, SN: SSS-007366 (24-ATF-003845);
281. Beretta USA Corp A300 Ultima Shotgun, serial number BU214893 (24-ATF-004572);
282. Springfield Armory, Geneseo, IL 1911A1 Mil-Spec Pistol, SN: NM864897 (24-ATF-004576);
283. Smith & Wesson M&P 22 Magnum Pistol, SN: JW0912 (24-ATF-004579);
284. Sig Sauer (Sig-Arms) P365 XL Pistol, SN: 66F222098 (24-ATF-004597);
285. Sig Sauer (Sig-Arms) P320 Pistol, SN: 58J456070 (24-ATF-004598);
286. Sig Sauer (Sig-Arms) P365 X Macro Pistol, SN: 66F471054 (24-ATF-004599); and,

287.  Beretta USA Corp A300 Ultima Shotgun, SN: B0225049 (24-ATF-004600).

Dated:  March 26, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney