PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSHUA KIMBALL,<br><br>       Defendant. | CASE NO. 1:23-CR-00221-NODJ-BAM<br><br>STIPULATION TO SET TRIAL AND BRIEFING SCHEDULE; [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for status conference on April 24, 2024.

2. By this stipulation, the parties move to set:

    a) Trial confirmation hearing on October 14, 2024

    b) Trial on November 5, 2024.

3. The parties move for the following motions schedule:

    a) Motions filing – September 9, 2024

    b) Oppositions filing – September 23, 2024

    c) Replies filing – September 30, 2024

    d) Hearing (if needed) – October 14, 2024

4. The parties estimate trial to take approximately one week, including jury selection.

5. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Defense counsel requires additional time to review discovery and prepare for trial.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2024 to November 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 18, 2024                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ ROBERT L. VENEMAN-HUGHES
                                          ROBERT L. VENEMAN-HUGHES
                                          Assistant United States Attorney

Dated: April 18, 2024                    /s/ DAVID TORRES
                                         DAVID TORRES
                                         Counsel for Defendant
                                         JOSHUA KIMBALL

### [PROPOSED] ORDER

IT IS SO ORDERED that the above dates be set and that time is excluded through and including November 5, 2024 as described above.

Dated: _____                        _____
                                         HONORABLE BARBARA A. McAULIFFE
                                         United States Magistrate Court Judge