| Inmate Name (ID) | Other Party | Start Date/Time (PT) | Duration |
|---|---|---|---|
| KIMBALL, JOSHUA (2355462) | 661-706-5728 | 11/5/2023 11:19 | 12:00 |

**Conversation begins at approximately 10:00**

**Penton**   Alright, is there anything else I can do for you?

**KIMBALL**   No, no, I just wanted to hear your voice. I like talking to you. I miss you.

**Penton**   I know I miss you. I slept on your side for the last few nights, it was nice.

**KIMBALL**   Did ya?

**Penton**   Yeah.

**KIMBALL**   I won't feel bad if you put the electric blanket on for a few days (inaudible)

**Penton**   I've been keeping the window shut so it's not quite as cold.

**KIMBALL**   Gotcha

**Penton**   (inaudible) you were there, it would cold.

**KIMBALL**   Do you got, some, a picture of my face on your pillow yet?

**Penton**   I do actually, I'm not washing the sheets, not until I know you're coming home.

**KIMBALL**   Yeah. I do miss you a lot. Um

**Penton**   I know, I miss you, this is stupid.

**KIMBALL**   Very much so, I'm glad you're sticking around. Not stressing or worried out.

**Penton**   No

**KIMBALL**   I wouldn't have blamed you, or held it against you for ADIOSing, but..

**Penton**	Not yet

**KIMBALL**	Not yet, I'm kind of proud of you.

**Penton**	Yeah

**KIMBALL**	Fingers crossed

**Penton**	Uh huh, just get it worked out and get home

**KIMBALL**	Yeah there are some perks to it, I won't talk about it now, but there's a…I have a…there's a thought process for when this did happen, if it ever did, and it did. There's a contingency plan. It's a lot of work, but it'll work out.

**Penton**	It'll work out

**KIMBALL**	Yeah, let's just..if it all works out, lets just say the kids technically won't ever have to work again for the rest of their lives.

**Penton**	I just want you home

**KIMBALL**	I know.