MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00221-JAM-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT, PROPOSED BRIEFING SCHEDULE, AND ORDER TO VACATE STATUS CONFERENCE |
| v. | |
| JOSHUA KIMBALL, | |
| Defendant. | |

    The parties have been actively engaged in settlement negotiations; based on those negotiations, a new and different offer has been made to Mr. Kimball which the parties are hopeful will resolve the case. Lead counsel for the defendant is located out of state, and due to her travel schedule will not be able to meet fully with the defendant to make a final decision on the proposed plea agreement until early March.

    In light of that timeline, the parties are seeking to vacate the settlement conference presently set for February 26, 2025 before Judge McAuliffe, but leave in place the trial confirmation set for March 25, 2025 before Judge Mendez. If the parties reach a resolution, it is their intention to convert the March 25, 2025 date to a change of plea. Time has previously been excluded through the trial date of May 19, 2025 and so no additional exclusion is required.

    Should the case not resolve and proceed to trial, the parties anticipate minimal motions in limine focused on the relevance and admissibility of evidence at trial. The parties would propose the following

JOINT STATUS REPORT AND BRIEFING SCHEDULE      1

briefing schedule for such motions:

| | |
|---|---|
| **Motions In Limine Due** | April 25, 2025 |
| **Reply/Responses Due** | May 5, 2025 |
| **Hearing (If Necessary)** | May 13, 2025 |

Dated:  February 18, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  February 18, 2025

/s/ KATRYNA SPEARMAN
KATRYNA SPEARMAN
Counsel for Defendant
JOSHUA KIMBALL

## ORDER

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. The filing of any motions in limine, the briefing deadlines, and the hearing on such motions will be discussed at the trial confirmation hearing.

IT IS SO ORDERED.

Dated:   **February 18, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

JOINT STATUS REPORT AND BRIEFING SCHEDULE                    2