MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA RUIC KIMBALL, <br><br> Defendant. | CASE NO. 1:23-cr-00221-JAM-BAM <br><br> **STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for settlement conference on March 24, 2025 and trial on May 19, 2025. Time has been previously excluded until May 19, 2025.

2. The parties have reached a plea agreement, which is being filed simultaneously with this stipulation..

3. By this stipulation, the parties move to vacate the above dates and set a change of plea on **April 8, 2025**, in front of US District Judge John A. Mendez.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    April 8, 2025 is a date where defense counsel can travel from out of state to the Eastern District to effectuate a plea, and is not a date that would cause undue delay in the proceedings.

      c)    The government does not object to the continuance.

      d)    No exclusion of time is needed as time has previously been excluded through May 19, 2025.

    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: March 17, 2025

/s/ KATRYNA SPEARMAN
KATRYNA SPEARMAN
Counsel for Defendant
Joshua Ruic Kimball

**ORDER**

The 03/25/2025 trial confirmation hearing is hereby **VACATED**. A Change of Plea Hearing is **SET** for **Tuesday, April 08, 2025, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez. No exclusion of time is required as time has previously been excluded through May 19, 2025.

The Court will vacate the 05/19/2025 trial after the Change of Plea Hearing.

IT IS SO ORDERED.

Dated: March 17, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE