MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JOSHUA RUIC KIMBALL,<br><br>                Defendant. | CASE NO. 1:23-cr-00221-JAM-BAM<br><br>**STIPULATION AND ORDER RESETTING CHANGE OF PLEA HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was scheduled for change of plea on April 8, 2025. Time has been previously excluded until May 19, 2025.

2.  The parties have reached and filed a plea agreement in this case.

3.  On April 1, 2025, counsel learned that the defendant is experiencing a medical issue. Because of this, he is seeking a continuance for approximately one month. The first available date for the court and all counsel is May 20, 2025.

4.  By this stipulation, the parties move to vacate the above dates and set a change of plea on **May 20, 2025**, in front of US District Judge John A. Mendez.

5.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) May 20, 2025 is a date where defense counsel can travel from out of state to the Eastern District to effectuate a plea, and is not a date that would cause undue delay in the proceedings.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>May 19, 2025</u> to <u>May 20, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[Remainder of page left intentionally blank.]

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 1, 2025         MICHELE BECKWITH
                              Acting United States Attorney

                              /s/ ROBERT L. VENEMAN-HUGHES
                              ROBERT L. VENEMAN-HUGHES
                              Assistant United States Attorney

Dated:  April 1, 2025         /s/ KATRYNA SPEARMAN
                              KATRYNA SPEARMAN
                              Counsel for Defendant
                              JOSHUA RUIC KIMBALL

## ORDER

Based on the stipulation of the parties, the April 08, 2025 change of plea hearing and the May 19, 2025 trial are **VACATED**.   The change of plea hearing is **RESET** for **Tuesday, May 20, 2025, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including May 20, 2025, as set forth above.

Dated: April 01, 2025         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE