ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00221-JAM-BAM |
|---|---|
| Plaintiff, | **REQUEST AND ORDER TO RESET DATES FOR PSR (ECF No. 74)** |
| v. | |
| JOSHUA RUIC KIMBALL, | |
| Defendant. | |

The parties in this matter received the Draft PSR on September 4, 2025. ECF No. 73. On September 10, 2025, the government, attorney Katyrna Spearman for defendant Joshua Kimball, and the U.S. Probation Officer met and conferred via e-mail about revised deadlines in order to keep sentencing on track for October 7, 2025.

The parties have all agreed to the following proposed modified dates:

**Informal Objections Due**:    **September 18, 2025**

**Final PSR Due:**    **September 19, 2025**

**Formal Objections Due:**    **September 25, 2025**

The parties request the following previously set dates remain:

**Replies Due:**    **September 30, 2025**

**Sentencing:**    **Remained as set on** October 07, 2025, at 09:00 a.m.

This proposed schedule will keep sentencing on schedule and leave the case fully briefed for the court as of the same date while giving the parties more time on the front end to evaluate and respond to the PSR.

Dated: April 1, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

September 12, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE